UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUSSEIN ADAM,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>         Defendants. | 24 CIVIL 9613 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 23, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 25, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge